RECEIVED
NOV 3 0 2015
11-30-15 EAA
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Martin Garcia

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Cook County Department of Corrections, Dr. Khan, Cermak Health Services

(Enter above the full name of ALL defendants in this action. <u>Do not use "et al."</u>)

15c 10781
Judge Edmond E. Chang
Magistrate Young B. Kim
Case PC 6
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**

√ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983** U.S. Code (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331** U.S. Code (federal defendants)

____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

**I. Plaintiff(s):**

A. Name: Martin Garcia

B. List all aliases: ______

C. Jail [redacted] identification number: 2013101193

D. Place of present confinement: C.C.D.O.C

E. Address: 2700 S. California Ave Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Cook County Department Of Corrections

Title: ______

Place of Employment: Cook County Department Of Corrections

B. Defendant: Dr. Khan

Title: ______

Place of Employment: Cermak Health Services

C. Defendant: Cermak Health Services

Title: Cermak Health Services

Place of Employment: Cook County Department of Corrections

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: ______________________________

______________________________

B. Approximate date of filing lawsuit: ______________________________

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ____________

______________________________

______________________________

______________________________

D. List all defendants: ______________________________

______________________________

______________________________

______________________________

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ______________________________

F. Name of judge to whom case was assigned: ______________________________

______________________________

G. Basic claim made: ______________________________

______________________________

______________________________

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ______________________________

______________________________

______________________________

I. Approximate date of disposition: ______________________________

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**IV. Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Since the begining of the year (2015) I have been requesting medical attention due to big Migraines and following with light headedness, I also have severe pain in my kidneys, testicles, and groin area. The pain gets so intense it hurts to walk or stand. I have been following Proper procedure to seek Medical attention, but not getting proper treatment. I filled out many medical slips about the issue and see the nurse. The nurse hears my problems and sets up a doctor appointment. When I see the doctor stating my problems and the only results I get is prescribed pain medication. I still encounter the pain but gets worse and go through the procedure of treatment, during the procedure I'm still told the same. They still state nothing is wrong and that there is nothing They can do. I have seen three doctors and they state my pain is an inconvenience.

One of the Doctors whom I've seen is named Dr. Khan and when I seen Dr. Khan he told me "I should stop crying like a baby, the pain that I am having is normal, and to stop filing medical slips". He also stated that "If I was never locked up maybe they could do something for me." All he could do is prescribe more pain medication. I believe this was very unprofessional of him. Im being refused to be seen by a specialist for medical attention. Recently after a physical examination, Dr. Khan stated Im suffering pain due to a hernia but didn't seek me further medical attention or testing. Throughout the whole year I have wrote grievances regarding the issues and dont get any results. When I get a response they state my complaints are vague and when I try to appeal the response the Social worker crosses out the area where I have to fill out to file an appeal and wont further address the issue. I feel C.C.D.O.C is not handling this matter seriously and constantly denying me proper medical attention and treatment.

Everytime I would visit Dr. Khan From Cermak Heath Services he would not provide any thorough exams to further research my health on concerns of the hernia. He would ask me to show him my genitals and states nothing is wrong to get out his office. I put another medical slip in and finally was in to see Dr. Khan and he finally did a thorough test followed by a physical exam months later and as he ask me to follow the same procedure in showing my genitals he asked me to cough, move my Head side to side followed by a cough. After the exam Dr. Khan notified me that I have a hernia.

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

______________________________
______________________________
______________________________
______________________________
______________________________
______________________________

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ________ day of __________, 20_____

______________________________

______________________________
(Signature of plaintiff or plaintiffs)

Martin Garcia
(Print name)

2013101193
(I.D. Number)

Cook County Jail
P.O. Box 089002
Chicago, IL 60608
(Address)

Martin Garcia
20131011193
Division 9-2E-2007
P.O. Box 089002
Chicago, IL 60608




15c 10781
Judge Edmond E. Chang
Magistrate Young B. Kim
PC 6

Prisoner Correspondent, United States
District court
219 S. Dearborn Street
Chicago, IL 60604

2015 NOV 30 PM 3:19